Chicago Smelting & Refining Corporation, appellee, v. Thomas H. Sullivan, trading as United Electric Service Company, appellant. Gen. No. 30,115.

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed March 2, 1926.

L. Shirley Tark, for appellant. Benjamin B. Morris, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

Anglo-California Trust Company, appellant, v. Essanay Film Manufacturing Company, appellee. Gen. No. 30,146.

Action upon written contract. Judgment for plaintiff allowing defendant's plea of set-off and plaintiff appeals. Appeal from the Circuit Court of Cook county; the Hon. Harry Edwards, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

McCormick, Kirkland, Patterson & Fleming, for appellant; Weymouth Kirkland and Robert N. Golding, of counsel. Charles S. Deneen and Roy Massena, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

## SECOND DISTRICT.

Richard J. Collins, appellant, v. Harry E. Parker, Jr., et al., appellees. Gen. No. 7,457.

Bill to foreclose real estate mortgage. Dismissed for want of equity. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed July 22, 1925.

W. P. Quimby, for appellant. Marsh, Rice, Lewis & Thompson, for appellees.

Mr. Justice Jett delivered the opinion of the court.

Hannah L. Erickson, plaintiff in error, v. Equitable Life Assurance Society of the United States, defendant in error. Gen. No. 7,541.

Suit upon life insurance policy. Judgment for defendant. Error to the Circuit Court of Rock Island county; the Hon. Wm. T. Church, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 17, 1925.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for plaintiff in error. Walker, Sweeney & McNamara and Mayer, Meyer, Austrian & Platt, for defendant in error.

Mr. Justice Partlow delivered the opinion of the court.